**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No.: 1:24CR-40** |
| **CRAIG DAVIS,** | |
| Defendant. | |

## SECOND MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, the defendant, Craig Davis, by and through counsel, and hereby respectfully moves this Honorable Court to continue his sentencing date currently scheduled for January 16, 2024. In support of his Motion, the defendant hereby states as follows:

On August 28, 2024 the defendant appeared before this court and entered a guilty plea to one count of wire fraud. On the same date, this Court scheduled Mr. Davis' sentencing hearing for December 12, 2024.

On December 1, 2024, Mr. Davis, through counsel, filed a Motion to Continue his sentencing hearing. The motion was granted and his hearing was reset for January 16, 2025.

Mr. Davis and his family both reside in Los Angeles, California. Although Mr. Davis resides in a separate residence from his children, he is a frequent visitor to their home.

On January 7, 2025 a severe wildfire started in the Palisades area of Los Angeles, California. High winds, draught conditions, and other factors caused the fire to rapidly spread throughout the area. The firefighters have struggled to contain the fire and it continues to spread into additional areas of the city. As a result, county officials have issued mandatory evacuation orders to residents in harms way.

Mr. Davis and his children were evacuated from their homes and were forced to take shelter away from the area. The evacuation occurred on Thursday and his children have not been allowed to return home. According to reports, the fire is only 11% contained as of the filing of this motion. Considering the ongoing emergency, Mr. Davis requests that this Court continue his sentencing hearing, so that he can tend to and support his family during this extremely difficult time. To be clear, Mr. Davis is now allowed to return to his residence, but has been staying at an Airbnb with his ex-wife and three children. Neither location has electricity at this time. Mr. Davis nor his e- wife have fire insurance and are distraught about the possibility that the fire may destroy their homes and personal property.

WHEREFORE, the Defendant respectfully prays that this Honorable Court grant his Motion to Continue the sentencing hearing to a date consistent with the Court's availability and parties' schedule.

Respectfully submitted,
CRAIG DAVIS
By Counsel

By:_____/s/_____
Jonathan A. Simms, Esq
The Simms Firm, PLC
11325 Random Hills Road
Suite 360
Fairfax, Virginia 22030
(703) 383-0636
(703) 225-3333 (Fax)
jsimms@simmsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2025 I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following, or in the alternative, will deliver the foregoing to:

AUSA David Peters
U.S. Department of Justice

Criminal Division
Fraud Section
Market Integrity & Major Frauds Unit
(202) 616-5420 (o)
David.Peter2@usdoj.gov

                                                                                                         /s/
                                                   Jonathan A. Simms, Esq
                                                   The Simms Firm, PLC
                                                 11325 Random Hills Road
                                                 Suite 360
                                                 Fairfax, Virginia 22030
                                                 P:(703) 383-0636
                                                 F:( 703) 225-3333
                                                 jsimms@simmsfirm.com